UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO.   5:21-cv-178-TBR

DOROTHY J. HOLMES                                                          PLAINTIFF

v.                              **NOTICE OF REMOVAL**

WAL-MART STORES EAST, LIMITED                                        DEFENDANT
PARTNERSHIP

\* \* \* \* \*

Wal-Mart Stores East, Limited Partnership ("Wal-Mart"), by counsel, states as follows in support of its removal of this action:

1.      There was an action commenced which is now pending in the Marshall Circuit Court, Civil Action No. 21-CI-00323, in which the above-named Dorothy J. Holmes is the Plaintiff and Wal-Mart Stores East, Limited Partnership is the Defendant.  (*See* Plaintiff's Complaint, attached at Exhibit 1).

2.      Wal-Mart Stores East, Limited Partnership has a general partner, WSE Management, LLC, and a limited partner, WSE Investment, LLC, both of which are Delaware limited liability companies whose sole member is Wal-Mart Stores East, LLC.  Wal-Mart Stores East, LLC is now and was at the time of the commencement of this action and at all times pertinent hereto, a wholly owned subsidiary of Walmart Inc.  Walmart Inc. is the only member of Wal-Mart Stores East, LLC.  Walmart Inc. is a corporation organized and incorporated under the laws of Delaware with its principal place of business located in Arkansas.  For these reasons, Wal-Mart Stores East, Limited Partnership is now and was at the time of the commencement of this action, and at all times pertinent hereto, a citizen of the states of Delaware and Arkansas and not a citizen of Kentucky.  (*See* Affidavit of Counsel for Wal-Mart, attached as Exhibit 2).

1

3.      Plaintiff, Dorothy J. Holmes, is now and was at the time of the commencement of this action, and at all times pertinent hereto, a citizen and resident of Marshall County, Kentucky, and not a citizen or resident of Delaware or Arkansas.  (*See* Plaintiff's Complaint, attached as Exhibit 1).

4.      This is a personal injury case.  In Plaintiff's Complaint, Plaintiff claims she fell on July 7, 2021 at the Benton, Kentucky Wal-Mart Supercenter in Marshall County, Kentucky.  (*See* Exhibit 1).  As a result, Plaintiff claims she suffered severe and permanent injuries. *Id.*  Wal-Mart could not ascertain whether this case was removable based solely on Plaintiff's Complaint.

5.      On October 18, 2021, Wal-Mart served a Request for Admission, asking Plaintiff to admit she would not "seek damages in excess of $75,000, exclusive of interest and costs, at the trial of this matter." (*See* Wal-Mart's Request for Admission, attached as Exhibit 3).

6.      On November 11, 2021, Wal-Mart received Plaintiff's Response to its Request for Admission in which Plaintiff denied that she would not "seek damages in excess of $75,000, exclusive of interests and costs, at the trial of this matter."  (*See* Plaintiff's Response to Request for Admission, attached at Exhibit 4). Based on the foregoing, the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

7.      This action involves a controversy between citizens of different states, as the Plaintiff is a resident and citizen of Kentucky and Wal-Mart Stores East, Limited Partnership is a citizen of the states of Delaware and Arkansas.  The United States District Court is given original jurisdiction in a case in which the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of different states.  28 U.S.C. §1332; 28 U.S.C. §1446.

8.    This Notice of Removal is filed within thirty (30) days of service of Plaintiff's Response to Wal-Mart's Request for Admission.  This Notice of Removal is, therefore, timely filed pursuant to 28 U.S.C. §1446(b).

9.    Copies of all process, pleadings and orders served on Wal-Mart as of the date of the filing of this Notice of Removal are attached hereto as Exhibit 5.

10.    Written notice of the filing of this Notice of Removal and exhibits hereto were served upon Plaintiff's counsel via U.S. Mail on December 9, 2021.

WHEREFORE, Defendant, Wal-Mart Stores East, Limited Partnership, prays that it may effect the removal of this action from the Marshall Circuit Court to this Court and for all other appropriate procedures.

Respectfully submitted,

*/s/ Kyle R. Bunnell*

CHRISTOPHER R. CASHEN
CATHERINE STIVERS BERTRAM
KYLE R. BUNNELL
Dinsmore & Shohl LLP
100 West Main Street, Suite 900
Lexington, KY 40507
Telephone:  (859) 425-1000
Facsimile:  (859) 425-1099

*Counsel for Defendant, Wal-Mart Stores East, Limited Partnership*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of December, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and a true and correct copy of the foregoing has been served upon the following, by U.S. Mail, on this the 9th day of December, 2021:

Rodger W. Lofton
928 Broadway
P.O. Box 1737
Paducah, KY 42002-1737
*Counsel for Plaintiff*

*/s/ Kyle R. Bunnell*

Counsel for Defendants

23143895.1